IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31236
Conference Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,


versus

RENZO JOHNSON, also
known as Junior,

Defendant-Appellant.


- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CR-129-ALL-L
- - - - - - - - - - -
February 20, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Renzo Johnson argues that the district court abused its
discretion in denying his motion for a mistrial based on the
admission of extrinsic evidence of his prior drug use.

We have reviewed the record, including the briefs, and the
entire trial transcrpt, and find that the district court did not
abuse its discretion in denying Johnson's motion for a mistrial.
The record does not reflect that the introduction of that single

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

isolated comment accompanied by the instructions at the conclusion of the trial was error.  Further, in light of the overwhelming evidence of guilt presented against Johnson at trial, there is not a significant possibility that the introduction of the evidence had a substantial impact on the jury's verdict.  See United States v. Limones, 8 F.3d 1004, 1008 (5th Cir. 1993), cert. denied, 114 S. Ct. 1562 (1994).

AFFIRMED.